6

STATE OF MONTANA, Plaintiff, vs. MICHAEL D. ADAMS, Defendant.

### DECISION

The application of the above-named defendant for a review of the sentence of 15 years and 2 years concurrent for Criminal Sale and Possession of Dangerous Drugs, imposed on February 28, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Gregory C. Taylor of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. JAMES FRANCIS ANTOINE, Defendant.

No. 4120

### DECISION

The application of the above-named defendant for a review of the sentence of 5 years for Burglary in the Second Degree, imposed on June 18, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank William Dunn of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. BRYON P. BEAUDETTE, Defendant.

No. 8872

### DECISION

The application of the above-named defendant for a review of the sentence of 8 years for Burglary First Degree, imposed on May 21, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Claude Burlingame of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.